**Order filed January 13, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01036-CV

_____

### SHELTON R. MODELIST, Appellant

### V.

### JOSEPH DIXON and WANDA DIXON, Jointly and Severally and d/b/a DIXON CONCRETE CONTRACTORS, Appellees

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 984759**

---

# O R D E R

The clerk's record in this appeal was filed December 19, 2011. According to the clerk's record, this is an appeal from a summary judgment signed August 30, 2011. A reporter's record of the hearing is not necessary in summary judgment proceedings. *See McConnell v. Southside I.S.D.*, 858 S.W.2d 337, 343, n.7 (Tex. 1993); *Rios v. Northwestern Steel & Wire Co.*, 974 S.W.2d 932, 936 (Tex. App.—Houston [14th Dist.] 1998, no pet.). Motions for summary judgment are decided solely on the written pleadings, affidavits and discovery on file with the trial court. *See* Tex. R. Civ. P. 166a(b). Therefore, no

reporter's record is required to be filed in this appeal unless appellant establishes that the record is necessary to his appeal.

Accordingly, we issue the following order:

Appellant's brief shall be due on or before **February 13, 2012.**

PER CURIAM